IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PLANTS                                  )
                                        )
                                        )
                                        )
         Plaintiff(s)                   )
   v.                                   )   Civil Action No.  2:17-cv-00410
                                        )
WASHINGTON COUNTY, PENNSYLVANIA         )
                                        )
                                        )
         Defendant(s)                   )

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on  Sept. 27, 2017  .

The case (please check one):
     X   has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: September 27, 2017                S/ Kenneth J. Benson
                                         Signature of Neutral

Rev. 09/11